**Fill in this information to identify the case:**

Debtor name: GOLD'S GYM INTERNATIONAL, INC.

United States Bankruptcy Court for the: NORTHERN District of TEXAS
(State)

Case number (If known): 20-31319

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FLORISSANT MARKET, LLC<br>600 OLD COUNTRY ROAD<br>SUITE 425<br>GARDEN CITY, NY 11530 | | LEASE | | | | $158,898 |
| 2 | 35/WCD CENTURY SOUTH K/C, LTD.<br>101 W. 6TH STREET<br>SUITE 300<br>AUSTIN, TX 78701 | | LEASE | C | | | UNKNOWN |
| 3 | 635 GRAVOIS ROAD LEASING, LLC<br>911 EAST COUNTRY LANE ROAD 206<br>LAKEWOOD, NJ 08701 | | LEASE | C | | | UNKNOWN |
| 4 | 7650 FM87 LEASING, LLC<br>911 EAST COUNTRY LANE ROAD 206<br>LAKEWOOD, NJ 08701 | | LEASE | C | | | UNKNOWN |
| 5 | A. & M. ENTERPRISES, INC.<br>100 TULSA ROAD<br>OAK RIDGE, TN 37830 | | LEASE | C | | | UNKNOWN |
| 6 | ABERFELDY, LP<br>901 S. MOPAC, SUITE 285<br>AUSTIN, TX 78746 | | LEASE | C | | | UNKNOWN |
| 7 | AEROBIC (MO), LLC<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020 | | LEASE | C | | | UNKNOWN |
| 8 | ALAMEDA SQUARE PLAZA, LLC<br>5400 N. GRAND BLVD.<br>SUITE 565<br>OKLAHOMA CITY, OK 73112 | | LEASE | C | | | UNKNOWN |

Debtor  **GOLD'S GYM INTERNATIONAL, INC.**
Name

Case number (*if known*) 20-31319

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ARLINGTON RIDGE (E&A), LLC<br>1272 5TH STREET NE<br>SUITE 200<br>WASHINGTON, DC 20002 | | LEASE | C | | | UNKNOWN |
| 10 | ASPEN ATHLETICS OF NEBRASKA, LLC<br>ATTN: JOHN HUGHES<br>11550 I STREET SUITE #200<br>OMAHA, NE 68137 | | LEASE | C,D | | | UNKNOWN |
| 11 | AVG FITNESS TXOK, LLC<br>9595 WILSHIRE BLVD.<br>SUITE 700<br>BEVERLY HILLS, CA 90212 | | LEASE | C | | | UNKNOWN |
| 12 | BABCOCK REAL ESTATE, LTD.<br>2727 ALLEN PARKWAY #1500<br>HOUSTON, TX 77019 | | LEASE | C | | | UNKNOWN |
| 13 | BAFCO III, LLC<br>3860 GLOUCESTER DR.<br>LEXINGTON, KY 40510 | | LEASE | C | | | UNKNOWN |
| 14 | BIDDULPH PLAZA SHOPPING CENTER, LLC<br>4065 HEDGEWOOD DR.<br>MEDINA, OH 44256 | | LEASE | C | | | UNKNOWN |
| 15 | BONIUK INTERESTS, LTD.<br>3720 SAN JACINTO ST.<br>HOUSTON, TX 77004 | | LEASE | C | | | UNKNOWN |
| 16 | BRADFORD HILLS ASSOCIATES, LLC<br>1850 CRAIGSHIRE ROAD<br>SUITE 103<br>ST. LOUIS, MO 63146 | | LEASE | C | | | UNKNOWN |
| 17 | CHAMBERLAIN, CLARK AND BRENT STATHAM<br>C/O HOLLY S. CHAMBERLAIN<br>2235 SOUTH 2200 EAST<br>SALT LAKE CITY, UT 84109 | | LITIGATION | C,D | | | UNKNOWN |
| 18 | COLONNADE RETAIL PARTNERS, LLC<br>4001 MAPLE AVENUE<br>SUITE 200<br>DALLAS, TX 75219 | | LEASE | C | | | UNKNOWN |
| 19 | CRESTA GOLD FUND, LP<br>1616 SECOND AVENUE SOUTH<br>SUITE 100<br>BIRMINGHAM, AL 35233 | | LEASE | C | | | UNKNOWN |
| 20 | DWB GREER, LLC<br>P.O. BOX 699<br>FOUNTAIN INN, SC 29644 | | LEASE | C | | | UNKNOWN |